UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 12 2018 ★

LONG ISLAND OFFICE

| | | |
|---|---|---|
| FOTINI POLIZOIS,<br>ON BEHALF OF HERSELF AND<br>ALL OTHERS SIMILARLY SITUATED,<br><br>                                    Plaintiff,<br><br>        v<br><br>VENGROFF WILLIAMS, INC.,<br><br>                         Defendant. | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} | Civil Action, File No.<br>2:16-cv-07011-JFB-GRB |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against

Defendant with each party to bear its respective attorney's fees and costs incurred in this action.

/s/ *Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 629-7709

FINEMAN KREKSTEIN & HARRIS, P.C.
By: /S/ *Richard J. Perr*
RICHARD J. PERR, ESQUIRE (RP 5194)
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA 19103-1628
(v) 215-893-9300; (f) 215-893-8719
rperr@finemanlawfirm.com
Attorneys for Defendant

The clerk of the court
shall close the case.

**SO ORDERED**

S/ Joseph F. Bianco
Joseph F. Bianco
USDJ
Date: April 12, 2018
Central Islip, N.Y.